# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br>Jesse O. Carter<br><br>_____<br>Defendant | )<br>)<br>)  Case No.  4:17-cr- 11<br>)<br>) |

*RECEIVED 2017 APR 26 AM 8:55*

*FILED MAY 0 4 2017 Clerk, U.S. District Court Eastern District of Tennessee At Chattanooga*

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Jesse O. Carter                                                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:
On or about October 29, 2016, in the Eastern District of Tennessee and elsewhere, the defendant, JESSE O. CARTER, knowingly and intentionally possessed with intent to distribute fifty grams or more of methamphetamine (actual) and five hundred grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A).

Date:  4/25/17

_____
*Issuing officer's signature*

DEBRA C. POPLIN, CLERK
*Printed name and title*

City and state:   Chattanooga, Tennessee

---

### Return

This warrant was received on *(date)*  04-25-17 , and the person was arrested on *(date)*  05-03-17
at *(city and state)*  Cookeville, TN .

Date:  05-03-17

_____
*Arresting officer's signature*
SA Rodd Watters

_____
*Printed name and title*
SA Rodd Watters

1522642                                                                                                                                                          1774-0426-1935-Z