☐ Initial Appearance ☐ Complaint ☐ Preliminary Exam ☐ Motion Hearing
☐ Indictment ☐ SSI ☐ Information ☑ Detention Hearing ☐ Bond Hearing
☐ Petition for Probation/Supervised Release action ☐ Arraignment ☐ Arraignment on SSI

Case No. **4:17-cr-11**  USA v. **Jesse O. Carter**

**PRESENT:** Honorable **Susan K. Lee**  ☐ U.S. District Judge **OR** ☑ U.S. Magistrate Judge

**Jay Woods** | **Gianna Maio** | **Jennifer LaFerry**
Assistant U.S. Attorney | Attorney for Defendant | Probation Officer
 | ☑ Appt. ☐ Retd ☐ Ltd. App. |

**Courtney Camp** | **Shannan Andrews** |
Courtroom Deputy | Court Reporter | Interpreter(s)  ☐ **SWORN**

Digital Recording: Crtrm 1B ☐   **OR** Crtrm 4 ☐

**PROCEEDINGS:**  ☐ DEFENDANT(S) SWORN    **DATES SET**:

☐ Financial affidavit(s) executed      Detention hearing: _____
☐ Court appointed attorney(s) under CJA
☐ Court may require deft(s) repay govt cost of atty(s)   Preliminary exam: _____
☐ Defendant(s) waived appointment of attorney(s)
☐ Defendant(s) specifically advised of rights    Revocation hearing: _____
☐ Deft advised of Rules 20, 5 FRCrP
☐ Deft executed waiver of Rule 5, 5.1 hearing   Arraignment: _____
☐ Deft waived reading of indictment/information
☐ Indictment/Information read     OTHER: _____
☐ Deft pleads not guilty to counts_____
☐ Not guilty plea entered by Court on deft's behalf
☐ Deft. entered no plea

Court ordered file ☐ sealed **OR** ☐ unsealed

**TESTIMONY BY**: _____

**OTHER MATTERS**:

**BOND**
☑ Govt. motion for detention without bond: ☑ granted ☐ denied
☐ Court ordered deft released on bond (see order setting conditions of release)

Amount:_____ Type: _____
   Defendant ineligible for release on bond:_____

Deft ☐ remanded to custody of U.S. Marshal  ☑ remained in custody  ☐ remained on bond  ☐ released on bond

Time: **2:06** to **3:03**   Date: **5/9/17**

rev 3/09